# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

TERRY NEWBORN,                          )
                                        )
      Plaintiff,                    )
                                        )
      v.                            )
                                        )   Case No. 1:04-CV-00659 (RBW)
YAHOO! INC. and GOOGLE INC.,            )
                                        )
                                        )
      Defendants.                   )
_____ )

## ORDER

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the defendants' motion for attorney's fees, expenses, and costs under 17

U.S.C. § 505 (2000) is GRANTED.  It is further

**ORDERED** that the defendants' motions for attorney's fees, expenses, and costs under

15 U.S.C. § 1117 (2000) and 28 U.S.C. § 1927 (2000) are DENIED.  It is further

**ORDERED** that the defendants shall submit, by June 12, 2006, a detailed accounting of

the time expended and costs incurred in litigating against the plaintiff's Copyright Act claim in

connection with the second motion to dismiss.  Any response by the plaintiff to the defendants'

submission shall be filed by June 26, 2006, and the defendants' reply, if any, shall be filed by

July 6, 2006.  The Court will then enter an award for attorney's fees and costs consistent with

what has been indicated in the Memorandum Opinion.

**SO ORDERED** this 23rd day of May, 2006.


REGGIE B. WALTON
United States District Judge